# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MARTINA OLEA, <br><br>　　　　Petitioner, <br><br>　　v. <br><br>DAWN DAVISON, Warden, <br><br>　　　　Respondent. | No. CV 07-1187-JSL (AGR) <br><br>**JUDGMENT** |

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: March 15, 2010

_____
J. SPENCER LETTS
SENIOR UNITED STATES DISTRICT JUDGE